IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK ANDERSON,<br><br>    Defendant and<br>    Judgment Debtor.<br>_____/<br><br>INDUSTRIAL & CONTRACTOR SERVICES,<br><br>    Garnishee.<br>_____/ | No. CR S-04-0117 KJM<br><br>ORDER OF CONTINUING GARNISHMENT PURSUANT TO STIPULATION (Voluntary) |

       As provided the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

       IT IS HEREBY ORDERED that the garnishee Industrial & Contractor Services shall withhold each pay period and remit to the United States Attorney, $50.00 of defendant's

1

1  disposable earnings,[1] until the judgment is paid in full, or until further order of the Court.

2  DATED: June 17, 2005.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

---

[1] Defined as (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system).